UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOHN M. DANIELS, JR.

     v.                                   3:03CV374 (HBF)

DEPARTMENT OF MOTOR VEHICLES,
MEDICAL ADVISORY BOARD,
COMMISSIONER GARY J. DEFILIPPO

J U D G M E N T

This matter came on before the Honorable Holly B. Fitzsimmons, United States Magistrate Judge, as a result of the defendants' motion to dismiss and/or motion for summary judgment. A Consent to Proceed Before a U.S. Magistrate Judge was entered on April 10, 2003.

The Court has reviewed all of the papers filed in conjunction with the motion and on March 19, 2004, entered a ruling granting the defendants' motion to dismiss and granting the motion for summary judgment.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 24th day of March, 2004.

                                            KEVIN F. ROWE, Clerk

                                            By _____
                                                              Deputy Clerk

Entered on Docket _____