UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 MAR 30 A 11: 50
U.S. DISTRICT COURT
BRIDGEPORT, CONN

John M. Daniels JR

v.

CT Dept of Motorvehicles
et al.

CIVIL CASE NO. 3:03CV374 (HBF)

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __John M. Daniels Jr__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach a copy of the Judgment or Order):
Copy of Judgment is Attach'd.

2. The Judgment /Order in this action was entered on __3/19/2004__.
(date)

_[signature]_
Signature

John M. Daniels Jr
Print Name

4. Mountinview Dr
East Hartford, CT 06108
Address

860·376·9810 / 860·882·2734
Telephone Number

Date: 3/28/04

A copy of this Appeal was
sent to defense counsel.

**Note:** You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

rev. 7/02

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOHN M. DANIELS, JR.

v.     3:03CV374 (HBF)

DEPARTMENT OF MOTOR VEHICLES,
MEDICAL ADVISORY BOARD,
COMMISSIONER GARY J. DEFILIPPO



## JUDGMENT

This matter came on before the Honorable Holly B. Fitzsimmons, United States Magistrate Judge, as a result of the defendants' motion to dismiss and/or motion for summary judgment. A Consent to Proceed Before a U.S. Magistrate Judge was entered on April 10, 2003.

The Court has reviewed all of the papers filed in conjunction with the motion and on March 19, 2004, entered a ruling granting the defendants' motion to dismiss and granting the motion for summary judgment.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 24th day of March, 2004.

KEVIN F. ROWE, Clerk

By _____
Deputy Clerk

Entered on Docket _____

| | |
|---|---|
| JOHN M. DANIELS JR (APPEALEE) : | MARCH 27TH, 2004 |
| VS. : | US DISTRICT SECOND |
| CT DEPT OF MOTORVEHICLES, MEDICAL ADVISORY STAFF, GARY J. DEFILIPO (APPEALANT) : : | COURT OF APPEALS |

APPEAL ON RULING OF MOTION
TO DISMISS, SUMMARY JUDGEMENT
AND SUBJECT JURISTICTION MATTER

APPEALEE/PLAINTIFF BRINGS THIS APPEAL TO THE SECOND CIRCUIT COURT OF APPEALS ON A RULING OF "MOTION TO DISMISS" "SUMMARY JUDGEMENT" AND OF "SUBJECT JURISTICTION MATTER" THAT WAS ENTER'D ON 3-19-2004 IN THE SECOND DISTRICT COURT, IN BRIDGEPORT CT.

THE RULINGS WERE BASED UPON, 1. PLAINTIFF ALLEGEDLY FAILED TO EXHAUST HIS REMEDYS, WHICH IS FACT TO BE FALSE.
2. THE MEDICAL ADVISORY STAFF, WAS ONLY ACTING IN ADMINISTRATIVE AGENCY AND WAS NOT IN ANY LEGAL WRONG DOING, AGAIN THIS FACT IS FALSE. 3. GARY J.DEFILIPO THE COMMISIONER OF THE "CDMV" WAS NOT PERSONALLY INVOLVED, WHICH IS ALSO FALSE. 4. "CDMV" IS UNDER SOVEREIGN IMMUNITY, BUT IS OBRIGATED BECAUSE IT RECIEVES FEDERAL FINANCIAL ASSISTANCE FROM THE NATIONAL HGWY TRAFFIC ASSOCIATION.

THIS APPEAL IS BASED UPON THE FACTS THAT DURING A MEDICAL REVIEW HEARING PROCESS, IN WHICH THE PLAINTIFF PROVED TO BE REASONBLE FIT TO OPREATE A MOTORVEHICLE. THE "CDMV" REFUSED TO ACCOMIDATE MR DANIELS FURTHERLY HAD DEFAM'D MR DANIELS BY HAVING EXPERT TESTIMONY, TO WHOM MR DANIELS DID NOT GO TO TESTIFY ON FALSE MEDICAL INFORMATION AGAINST MR DANIELS. MR DANIELS DOES AGREE ABOUT HIS MEDICAL CONDITION TO A POINT, BUT THEN PROOVES THEE ANSWER TO THE PROBLEM IF YOU WILL. BUT ACCORDING TO "CDMV" HIS CONDITION IS A THREAT WITH HIS MEDICAITION BEING IN THERIPUTIC RANGE? WHICH IS COMPLETE LIE.

FACTS: MR DANIELS DOES HAVE A SEIZURE DISORDER DISABILITY
 BUT IS ON DILANTIN TO PREVENT SEIZURES.
 MR DANIELS HAD ONLY 2 SEIZURES OVER A 6 YEAR TIME PERIOD, UNFORTUNATLY HE HAD A SEIZURE WHILE DRIVING AND HAD AN

2.      AUTO ACCIDENT ON ONE OF THOSE ACCURENCES. HE WAS THEN
        ORDER'D BY "CDMV" TO GET RE-EVALUATED FROM HIS DOCTOR
        WHO HAD CONCLUDED IS FIT AS LONG A "THERIPUTIC LEVEL" WAS
        IN RANGE WITH HIS MEDICATION. WITHIN THE NEXT 2-3 WEEKS MR
        DANIELS HAD GOTTEN 2-3 LEVEL CHECKS THAT WERE IN RANGE,
        AND WERE SUBSEQUENTLY SUBMITTED TO "CDMV" MEDICAL
        ADVISORY STAFF IN FEB OF 2002. THEY EVENTUALLY SUSPENDID
        HIS LICENSE AND INSISTED HE WAS "NOT MEDICALLY FIT" ON OR
        ABOUT MARCH 22, 2002 A HEARING WAS HELD, WITH A LAWYER
        ON BE-HALF OF THE COMMISIONER. EVENTAULLY ALMOST 2-3
        MONTHS LATER HIS REQUEST WAS ANSWER'D AND WAS
        REJECTED. HOWEVER DURING THE TIME HIS LICENSE WAS
        WRONGFULLY SUSPENDID, THE POLICE WERE PARK'D INFRONT
        OF HIS HOUSE A COUPLE OF TIMES. WHEN MR DANIELS
        CONFRONTED THE MEDICAL ADVISORY STAFF, ABOUT
        THE MATTER, MR DANIELS WAS ORDER'D OUT OF THE "CDMV".

IN LATE JUNE OF 2002, A COMPLAINT WAS SENT TO THE JUSTICE DEPT AND
THE NATIONAL HIGHWAY TRAFFIC ASSOCIATION, ABOUT THIS ORDEAL
THEY EVENTUALLY RESPONDID AND INVESTIGATED "CDMV" FOR
ALLEGATIONS OF DISCRIMINATION BY A STATE PUBLIC ENTITY.
DURING THE MEAN TIME MR DANIELS AGAIN CONFRONTED "CDMV"
MEDICAL ADVISORY STAFF WITH AGAIN A SECOND CONCLUSION
AND DEMANDED HIS LICENSE BACK, THEY RESPONDID GIVING IT BACK
HIS LICENSE BACK ALMOST IMMEDIATELY, BUT WITH A DRIVING TEST 2
WEEKS LATER.

IN AUGUST OF 2002 MR DANIELS COMPLAINTED TO THE (COMMISON ON
HUMAN RIGHTS) AND SERV'D THE MEIDCAL ADVISORY STAFF WITH
A (NOTICE OF INTENT TO SUE) ALLEGING VIOLATIONS UNDER TITLE 2
OF THE AMERICANS WITH DISABILITYS ACT, DISCRIMINATION AND OTHER
VARIOUS STAE LAW VIOLATIONS.

IN FEBUARY OF 2003, UNDER ADVISE OF COUNSEL MR DANIELS FILED AN
8 COUNT COMPLAINT AGAINST "CDMV" THE MEDICAL ADVISORY STAFF,
AND THE COMMISONER GARY J. DEFILIPO. CHARGING THEM WITH
DISCRIMINATION BY A STATE PUBLIC ENTITY, FAILING TO ABIDE THE
AMERICANS WITH DISABILITYS ACT, BLACKLISTING, OUTCASITNG AND
RELEASING HIS MEDICAL INFO TO THIRD PARTYS. NOW KNOWN AS THE
FEDERAL (HIPPA) LAWS.

THE 2 COMPLAINTS WITH THE NATIONAL HIGHWAY ASSOCIATION AND
THE (CHRO) WAS WITHDRAWN DUE TO PENDING LITIGATION.

IN MARCH OF 2004, A SUMMARY JUDGEMENT/MOTION TO DISMISS/

AND A SUBJECT JURISTICITON MATTER WAS ENTER'D ON BEHALF OF THE DEFENDANTS, WITHOUT THE MR DANIELS EVEN HAVING THE OPPURTUNITY TO EXERCISE HIS CONSTITUTIONAL RIGHT OF HAVING A TRIAL FOR SIMPLE (ADA) TITLE 2 VIOLATIONS AND DISCRIMINATION CLAIMS, UNDER WHICH :CDMV" ARE NOT PROTECTED UNDER SOVERIGN IMMUNITY. NOR ADMINISTRATIVE IMMUNITY.

THE RULING WAS AT THE VERY LEAST BIAS AND PREJUDICE TOWARDS MR DANIELS AND ANYONE ELSE WHO FEELS DISCRIMINATED UPON.

AND SENSE THERE IS NO IMMUNITY UNDER THE VERY LEST THE JURY COULD CONCLUDE THAT RELIEF MAY BE AWARDED FOR HAVING YOUR LICENSE ILLEGALLY SUSPENDID AND FOR BEING TREATED LIKE THAT.

MR DANIELS SIMPLY ASKS THE SECOND COURT OF APPEALS TO RE-OPEN THE CASE, AND ALLOW A FAIR UNBIAS TRIAL AS PROVIDED UNDER THE CONSTITUTUION OF THE UNITED STATES.

IF THE CASE IS RE-OPEN'D A REVISED COMPLAINT, WILL BE FILED.

SINCERELY,

JOHN M. DANIELS JR
4-MOUNTINVIEW DR
EAST HARTFORD, CT 06108