Dist. of Conn (New Haven)
03-cv-374
Fitzsimmons

**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

# SUMMARY ORDER

THIS SUMMARY ORDER WILL NOT BE PUBLISHED IN THE FEDERAL REPORTER AND MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY TO THIS OR ANY OTHER COURT, BUT MAY BE CALLED TO THE ATTENTION OF THIS OR ANY OTHER COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 19th day of April Two thousand five.

PRESENT:

    RALPH K. WINTER
    JOSÉ A. CABRANES
    ROSEMARY S. POOLER
      *Circuit Judges*



-----------------------------------------x

JOHN M. DANIELS, JR.,

    *Plaintiff-Appellant*,

    -v.-

DEPARTMENT OF MOTOR VEHICLES, MEDICAL ADVISORY BOARD, GARY J. DEFILIPPO, COMM.,

    *Defendants-Appellees*.

No. 04-3308

-----------------------------------------x

APPEARING FOR APPELLANT:    JOHN M. DANIELS, JR., *pro se*, East Hartford, CT

APPEARING FOR APPELLEES:    PHILIP MILLER, Assistant Attorney General, (Robert J. Deichert, Assistant Attorney General, *on the brief*, Richard Blumenthal, Attorney General, *of counsel*), Office of the Attorney General, Hartford, CT

1

— Issued as Mandate: 5·25·05 —

Appeal from a final judgment of the United States District Court for the District of Connecticut dismissing plaintiff's claims upon defendants' motion to dismiss and for summary judgment (Holly B. Fitzsimmons, *Magistrate Judge*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court is **AFFIRMED**.

Plaintiff John M. Daniels, Jr., appeals *pro se* from the District Court's dismissal of his case upon defendants' motion to dismiss or for summary judgment. *Daniels v. Dep't of Motor Vehicles*, No. 3:03CV374(HBF), 2004 U.S. Dist. LEXIS 6591 (D. Conn. Mar. 18, 2004).

The District Court dismissed plaintiff's Title VII claim for failure to state a claim under Rule 12(b)(6) because plaintiff did not allege that he was an employee of defendants' or that he suffered an adverse employment action based on his disability. The Court granted summary judgment on plaintiff's ADA and Rehabilitation Act claims because there was no evidence in the record of discriminatory animus or ill will. After dismissing all of plaintiff's federal claims, the District Court declined to exercise supplemental jurisdiction over plaintiff's state law claims. We affirm the dismissal of plaintiff's claims for substantially the reasons stated by the District Court in its Ruling on Motion to Dismiss and/or Motion for Summary Judgment of March 18, 2004. *Id.*

Plaintiff claims on appeal that the District Court was biased against him. Plaintiff has provided no evidence of this claim and we see none in the record. Adverse rulings, in and of themselves, are not probative of judicial bias. *Liteky v. United States*, 510 U.S. 540, 555 (1994).

We likewise see no merit in plaintiff's challenges to the District Court's denial of the motion for preliminary injunction and the denial of the motion to exclude expert evidence.

We have considered all of plaintiff's claims on appeal and found them to be without merit. We hereby **AFFIRM** the judgment of the District Court.

FOR THE COURT,
Roseann B. MacKechnie, Clerk of Court

By *[signature: Lucille Carr]*

A TRUE COPY
Roseann B. MacKechnie, CLERK
by *[signature: Sheri Belmeai]*
DEPUTY CLERK